# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOHN FRANCIS ARPINO,<br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF PUBLIC SAFETY,<br>DIVISION OF PAROLE AND<br>PROBATION AND/OR NEW CHIEF OF<br>DPS; MS. PONGASI; GEORGE<br>TOGLIATTI; AND ANNE K.<br>CARPENTER,<br>     Respondents. | No. 80173 |
| JOHN FRANCIS ARPINO,<br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF PUBLIC SAFETY,<br>DIVISION OF PAROLE AND<br>PROBATION AND/OR NEW CHIEF OF<br>DPS; MS. PONGASI; GEORGE<br>TOGLIATTI; AND ANNE K.<br>CARPENTER,<br>     Respondents. | No. 80310 |

FILED

JAN 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING DOCKET NO. 80310 AND TRANSFERRING DOCUMENTS

Both of these appeals are from district court case no. 19 TRT 00048 1B. In the interests of judicial efficiency, we direct the clerk of this court to administratively close Docket No. 80310, and transfer to Docket No. 80173 all documents filed in Docket No. 80310. The appeal shall proceed through Docket No. 80173.

It is so ORDERED.

_Pickering_ , C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-04186

cc: John Francis Arpino
Attorney General/Carson City
Attorney General/Dep't of Public Safety/Carson City